UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

BROADCAST MUSIC, INC., et al.

Plaintiffs

v.

CARRIE BELL, INC., d/b/a CAFE 611, et al.

Defendants

Civil Action No.: 1:19-cv-01517-JKB

**AFFIDAVIT OF MAX S. STADFELD**

I, Max S. Stadfeld, hereby declare and affirm, under the penalty of perjury, as follows:

1. I am employed by the law firm of Wright, Constable & Skeen, LLP ("WCS").

2. I have been personally responsible for the filing of the Complaint in the is civil action and for the conduct of the civil action through all of the proceedings before this Court.

3. I am a graduate of the University of Maryland School of Law, having received a Degree of Juris Doctor, with honors, in 1974.

4. In August 1974, I became an associate with the firm of Blum Yumkas, Mailman, Gutman & Denick, P.A. (then known as Blum, Yumkas, Mailman & Gutman) ("Blum Yumkas"). Ultimately, I became a shareholder of Blum Yumkas and then, in October, 1998 I was elected the Managing Directing. Blum Yumkas dissolved in November 2001; and I began working at Offit Kurman, P.A. ("OK") on November 26, 2001.

5. I worked at OK from November 26, 2001 until April 17, 2017, when I began working at WCS.

6. I have a long-standing relationship with Broadcast Music, Inc. ("BMI"), which dates back to the mid-1980's. This relationship has resulted in my handling approximately 50 copyright



infringement cases for BMI.

7. All of the costs and fees in connection with this litigation have been or will be billed to BMI and have been or will be paid by BMI.

8. All of the work that I do for our clients is based upon an hourly charge. The time spent is recorded on a time sheet, with the entries on the time sheets being made by me concurrently with doing the work. The time sheets contain the date the work is done, my name, the name and number of the client, the matter involved, the type of work done, and the time spent performing the work. The entries from the time sheets are entered into the firm's computerized billing system within forty-eight hours from when they are recorded. When statements are generated for any particular client and any particular matter, they are automatically generated by the firm's computerized billing system.

9. All of the work done in connection with this civil action was performed during the period from May 15, 2019 forward. During the time period from May 15, 2019 through August 21, 2019, my work was billed to BMI at an hourly rate of $325.00. This rate is consistent with the hourly rates that were charged to all of the other clients which I represented during the relevant time period.

10. My foregoing hourly rate is believed to be in accordance with the customary attorney hourly rates in Maryland for litigation involving issues under the Copyright Act, such as the issues involved in the present case.

11. Pursuant to an agreement with BMI, however, my and our firm's fees in this case for work performed up through the filing of a Motion for Default Judgment are a flat fee of $6,000.00, plus all costs.

12. Attached hereto as Exhibit A is a redacted copy of WCS' August 22, 2019 Draft

Statement for this case which reflects the costs expended and the fees for services rendered in this case (on an hourly basis) from its inception through August 21, 2019. Although the hourly fees incurred through August 21, 2019 total $7,215.00, WCS will charge BMI, and BMI will pay, $6,000.00 for services performed through August 21, 2019 (and, thereafter, through the filing of the Motion for Default Judgment), plus the costs of $930.00.

13. I believe that the total counsel fees in this case of $6,000.00 (plus costs of $930.00) for the amount of work done (and to be done) are fair and reasonably charged.

14. BMI therefore requests that it be awarded counsel fees of $6,000.00 and costs of $930.00 for a total of $6,930.00 in the Order of Judgment.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct ot the best of my knowledge, information, and belief.

Date: August 23, 2019

Max S. Stadfeld



W&S
Wright, Constable & Skeen, L.L.P. | Attorneys at Law
7 Saint Paul Street, 18th Floor · Baltimore, Maryland 21202 · Phone: 410-659-1300 · Fax: 410-659-1350
Federal ID Number 52-1437984

Broadcast Music, Inc.
7 World Trade Center
250 Greenwich Street
New York NY 10007

Attn: [redacted]

Page: 1
08/22/2019
Account No: [redacted]
Statement No: 113589

Carrie Bell, Inc., et al.

**Draft Statement**

**Professional Services through 08/22/2019**

| | | | Rate | Hours | | |
|---|---|---|---|---|---|---|
| 05/15/2019 | MSS | Briefly review some of the documents received from client; review and revise Complaint; prepare Civil Cover Sheet; prepare Summones in a Civil Action for all Defendants; prepare Disclosure of Corporate Interest and correspondence to Court in connection therewith; obtain information about Carrie Bell, Inc. from SDAT website; view Cafe 611 internet advertising | 325.00 | 2.30 | 747.50 | 1 |
| 05/16/2019 | MSS | Continue review of numerous documents received from client | 325.00 | 0.40 | 130.00 | 2 |
| 05/17/2019 | MSS | Review BMI correspondence log and brief review of correspondence to Defendants | 325.00 | 0.70 | 227.50 | 3 |
| | MSS | Revise and edit Complaint | 325.00 | 0.30 | 97.50 | 4 |
| 05/20/2019 | MSS | Revise and finalize Complaint and all initial pleadings | 325.00 | 0.50 | 162.50 | 5 |
| | MSS | E-mail to [redacted] Esq. and [redacted] regarding Complaint to be filed | 325.00 | 0.20 | 65.00 | 6 |
| 05/21/2019 | MSS | Check Maryland Judiciary Case Search regarding all five Defendants; e-mail to [redacted] Esq. regarding results of search | 325.00 | 0.50 | 162.50 | 7 |
| 05/22/2019 | MSS | Finalize Complaint and all other initial pleadings for filing | 325.00 | 0.30 | 97.50 | 8 |
| | MSS | Exchange e-mails with [redacted] Esq. regarding Carrie Bell, Inc. | 325.00 | 0.10 | 32.50 | 9 |
| 05/23/2019 | MSS | Review notifications from Court; e-mails to [redacted] Esq. regarding filing of Complaint and notification to Register of Copyrights | 325.00 | 0.40 | 130.00 | 10 |
| | MSS | Review notifications and Summones received from Court; correspondence to [redacted] regarding | | | | |

ALL-STATE LEGAL®
EXHIBIT
A

Broadcast Music, Inc.

Carrie Bell, Inc., et al.

Page: 2
08/22/2019
Account No: [redacted]
Statement No: 113589

| Date | | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|
| | | serving process upon all five Defendants | 325.00 | 0.60 | 195.00 | 11 |
| 06/05/2019 | MSS | Review notification from Court; e-mail to [redacted] regarding service of process upon Renell Jones | 325.00 | 0.20 | 65.00 | 12 |
| 06/14/2019 | MSS | Telephone call with [redacted] regarding status of his efforts to serve process upon Defendants, serving corporation by serving SDAT, other Defendants avoiding service, necessary affidavits | 325.00 | 0.20 | 65.00 | 13 |
| 06/19/2019 | MSS | Prepare Request for Entry of Default Against Defendant Renell Jones | 325.00 | 0.30 | 97.50 | 14 |
| 06/20/2019 | MSS | Review notifications and Order from Court | 325.00 | 0.20 | 65.00 | 15 |
| | MSS | Review several documents received from private process server; prepare Summons in a Civil Action for Carrie Bell, Inc. | 325.00 | 0.50 | 162.50 | 16 |
| 06/21/2019 | MSS | E-mail to [redacted] Esq. regarding detailed status report on pending litigation; review notifications from Court | 325.00 | 0.50 | 162.50 | 17 |
| 06/24/2019 | MSS | Review notification from Court; prepare documents for service upon Carrie Bell, Inc. c/o SDAT | 325.00 | 0.20 | 65.00 | 18 |
| 06/25/2019 | MSS | Review notification from Court | 325.00 | 0.10 | 32.50 | 19 |
| | MSS | Review notification from Court; letter to Renell Jones regarding Court's June 25, 2019 Notice of Default | 325.00 | 0.30 | 97.50 | 20 |
| 06/26/2019 | MSS | Review notifications from Court; email to [redacted] Esq. regarding status, default as to Renell Jones and service upon Carrie Bell, Inc. | 325.00 | 0.30 | 97.50 | 21 |
| 07/10/2019 | MSS | Conference with [redacted] Affidavit of Avoidance | 325.00 | 0.70 | 227.50 | 22 |
| 07/11/2019 | MSS | Continue work on Affidavit of Avoidance | 325.00 | 0.20 | 65.00 | 23 |
| 07/12/2019 | MSS | Brief legal research regarding service of process by alternative means; begin drafting Motion for Order Allowing Service of Process Upon Defendants Karen Jones, Randall Jones, and Randy Jones by Alternative Means | 325.00 | 0.70 | 227.50 | 24 |
| 07/17/2019 | MSS | Review Order of Court and notification from Court | 325.00 | 0.10 | 32.50 | 25 |
| | MSS | Work on Motion for Service Process by Alternative Means | 325.00 | 0.20 | 65.00 | 26 |
| | MSS | Brief legal research in preparation for writing report required by Order of July 16, 2019 | 325.00 | 0.40 | 130.00 | 27 |

Broadcast Music, Inc.

Carrie Bell, Inc., et al.

Page: 3
08/22/2019
Account No: [redacted]
Statement No: 113589

| Date | | Description | Rate | Hours | | |
|---|---|---|---|---|---|---|
| 07/18/2019 | MSS | Draft proposed Order regarding Motion to Allow Service ... by Alternative Means | 325.00 | 0.30 | 97.50 | 28 |
| 07/19/2019 | MSS | Review document received from SDAT regarding service of process upon Carrie Bell, Inc. | 325.00 | 0.10 | 32.50 | 29 |
| | MSS | Prepare status report/correspondence to Judge Bredar | 325.00 | 0.90 | 292.50 | 30 |
| | MSS | Meeting with [redacted] regarding his efforts to serve process upon Defendants, Affidavit of Avoidance | 325.00 | 0.30 | 97.50 | 31 |
| | MSS | Review notification from Court; finalize Motion to Allow Service of Process by Alternative Means for filing with the Court | 325.00 | 0.30 | 97.50 | 32 |
| | MSS | E-mail to [redacted] Esq. and [redacted] regarding Motion to Allow Service of Process By Alternative Means | 325.00 | 0.20 | 65.00 | 33 |
| 07/20/2019 | MSS | Edit status report to Judge Bredar | 325.00 | 0.20 | 65.00 | 34 |
| 07/22/2019 | MSS | Finish status report to Judge Bredar | 325.00 | 0.20 | 65.00 | 35 |
| 08/01/2019 | MSS | Review notification from Court and several Orders/rulings | 325.00 | 0.40 | 130.00 | 36 |
| | MSS | Draft Request for Entry of Default Against Defendant Carrie Bell, Inc., d/b/a Cafe 611 | 325.00 | 0.30 | 97.50 | 37 |
| | MSS | Draft Request for Reissuance of Summonses; prepare Summonses in a Civil Action for Karen Jones, Randall Jones and Randy Jones | 325.00 | 0.40 | 130.00 | 38 |
| 08/02/2019 | MSS | Exchange e-mails with [redacted] Esq. regarding status of case, [redacted] | 325.00 | 0.50 | 162.50 | 39 |
| 08/05/2019 | MSS | Review notifications from Court; e-mail to [redacted] Esq. regarding latest court filings | 325.00 | 0.30 | 97.50 | 40 |
| | MSS | Review notification from Court; letter to Karen Jones regarding service of process by mail; prepare documents for private process server to serve on K. Jones, Randall Jones and Randy Jones by delivery to them at Cafe 611 | 325.00 | 0.50 | 162.50 | 41 |
| 08/07/2019 | MSS | Letters to Randy Jones and Randall Jones regarding serving them with process by regular mail | 325.00 | 0.30 | 97.50 | 42 |
| 08/08/2019 | MSS | Prepare Proofs of Service regarding Karen Jones, Randall Jones and Randy Jones | 325.00 | 0.30 | 97.50 | 43 |
| 08/09/2019 | MSS | Review multiple notifications from Court; e-mail to [redacted] regarding [redacted] | 325.00 | 0.50 | 162.50 | 44 |

Broadcast Music, Inc.

Carrie Bell, Inc., et al.

Page: 4
08/22/2019
Account No: [redacted]
Statement No: 113589

| Date | | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|
| | MSS | Letter to Carrie Bell, Inc. and Randall Jones regarding Notice of Default to Carrie Bell, Inc. | 325.00 | 0.20 | 65.00 | 45 |
| | MSS | Telephone and conference with [redacted] regarding service of process upon Karen Jones, Randall Jones, and Randy Jones | 325.00 | 0.40 | 130.00 | 46 |
| | MSS | Detailed review [redacted] | 325.00 | 0.50 | [redacted] | 47 |
| 08/12/2019 | MSS | Review multiple notifications from Court; e-mail to [redacted] Esq. regarding status of case as to each of the five defendants | 325.00 | 0.50 | 162.50 | 48 |
| 08/16/2019 | MSS | Exchange e-mails with [redacted] Esq. regarding status of pending litigation | 325.00 | 0.10 | 32.50 | 49 |
| 08/20/2019 | MSS | Begin working on Motion for Default Judgment Against Defendants Carrie Bell, Inc, d/b/a Cafe 611 and Renell Jones, Declaration of Victoria Dutschmann, Declaration of Brian Mullaney, proposed Order, Memorandum in Support of Motion for Default Judgment, and Affidavit of M. Stadfeld | 325.00 | 2.30 | 747.50 | 50 |
| 08/21/2019 | MSS | Complete drafts of Motion for Default Judgment and all related pleadings; e-mails to [redacted] and [redacted] regarding [redacted] | 325.00 | 0.80 | 260.00 | 51 |
| | | For Current Services Rendered | | 22.20 | 7,215.00 | |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Max S. Stadfeld | 22.20 | $325.00 | $7,215.00 |

**Advances**

| Date | Description | Amount | |
|---|---|---|---|
| 06/24/2019 | SDAT Costs | 50.00 | 3 |
| | SDAT Costs | 50.00 | |
| 05/22/2019 | Court Costs - E-filing Fee | 400.00 | 5 |
| | Court Costs | 400.00 | |
| 05/24/2019 | Service of Process - [redacted] | 120.00 | 1 |
| 06/18/2019 | Service of Process - [redacted] | 100.00 | 2 |
| 06/25/2019 | Service of Process - [redacted] | 50.00 | 4 |
| 08/06/2019 | Service of Process - [redacted] | 210.00 | 6 |
| | Service of Process | 480.00 | |
| | Total Advances Thru 08/22/2019 | 930.00 | |

08/22/2019

Broadcast Music, Inc.

Account No: [redacted]
Statement No: 113589

Carrie Bell, Inc., et al.

| | |
|---|---|
| Total Current Work | 8,145.00 |
| Balance Due | $8,145.00 |
| Please Remit | $8,145.00 |

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.