UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.<br><br>Plaintiffs<br><br>v.<br><br>CARRIE BELL, INC., d/b/a CAFE 611, et al.<br><br>Defendants | Civil Action No.: 1:19-cv-01517-JKB |

## ORDER OF JUDGMENT
## AGAINST DEFENDANTS CARRIE BELL, INC., D/B/A CAFÉ 611 AND RENELL JONES

This matter came before the Court on Plaintiffs' Motion for Default Judgment Against Defendants Carrie Bell, Inc., d/b/a Café 611 and Renell Jones ("Motion for Default Judgment"). Having considered the pleadings, affidavits and Memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment shall be and it is hereby granted, this Court finding that Defendants Carrie Bell, Inc., d/b/a Café 611 and Renell Jones knowingly and intentionally infringed upon the copyrights of five (5) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants Carrie Bell, Inc., d/b/a Café 611 and Renell Jones, jointly and severally, statutory damages in the total amount of six thousand dollars ($6,000.00) for each of the five (5) musical compositions, for a total of $30,000.00, pursuant to 17 U.S.C. Section 504(c)(1).

{00394871v. (15456.00008)}



### III

Plaintiffs shall recover from Defendants Carrie Bell, Inc., d/b/a Café 611 and Renell Jones, jointly and severally, full costs in this action (i.e., $930.00), plus reasonable attorney's fees in the amount of $6,000.00, pursuant to 17 U.S.C. Section 505.

### IV

Plaintiffs shall recover from Defendants Carrie Bell, Inc., d/b/a Café 611 and Renell Jones, jointly and severally, interest on the full amount of this Judgment, from the date of this Judgment, pursuant to 28 U.S.C. Section 1961.

### V

Defendants Carrie Bell, Inc., d/b/a Café 611 and Renell Jones and their agents, servants, employees and all persons acting under their permission or authority shall be and they are hereby permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

### VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the Judgment granted.

### VII

This case shall remain open as to Defendants Karen Jones, Randall Jones, and Randy Jones.

Dated:_____                    _____
                                            James K. Bredar
                                            Chief Judge