UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.<br><br>Plaintiffs<br><br>v.<br><br>CARRIE BELL, INC., d/b/a CAFE 611, et al.<br><br>Defendants | Civil Action No.: 1:19-cv-01517-JKB |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS KAREN JONES, RANDALL JONES, AND RANDY JONES

Plaintiffs, by their undersigned counsel, hereby request, pursuant to Fed. R. Civ. P. 55(a), that a Default be entered against Defendants Karen Jones, Randall Jones, and Randy Jones. The grounds for this Request are as follows:

1. The Complaint in this case was filed on May 22, 2019 (ECF No. 1).

2. Summonses in a Civil Action were re-issued to Defendants Karen Jones, Randall Jones, and Randy Jones on August 5, 2019 (ECF No. 26).

3. Defendants Karen Jones, Randall Jones, and Randy Jones (a) were served with process on August 6, 2019 by delivery of the Summons and the Complaint for each of them to a person of suitable age and discretion and their place of employment (ECF Nos. 32, 33, and 34) and (b) were served with process on August 7, 2019 by the Summons and the Complaint for each of them being mailed to them at their last known address (ECF Nos. 29, 30, and 31).

4. The time for Defendants Karen Jones, Randall Jones, and Randy Jones to file their Answers to the Complaint expired on August 28, 2019.

5.      Defendants Karen Jones, Randall Jones, and Randy Jones have failed to plead or otherwise defend this action.

WHEREFORE, Plaintiffs request that the Clerk of this Court enter a Default against Defendants Karen Jones, Randall Jones, and Randy Jones.

August 29, 2019                                          WRIGHT, CONSTABLE & SKEEN, LLP

/s/ Max S. Stadfeld
Max S. Stadfeld (Bar No. 05684)
7 Saint Paul Street, 18th Floor
Baltimore, MD  21202
Tel:  410-659-1300
Fax:  410-659-1350
mstadfeld@wcslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 29th day of August 2019, a copy of the foregoing Request for Clerk's Entry of Default Against Defendants Karen Jones, Randall Jones, and Randy Jones was served by first class mail on the following:

Mr. Randall Jones
Café 611
611 North Market Street
Frederick, MD  21701
*Defendant*

/s/ Max S. Stadfeld
Max S. Stadfeld
*Attorneys for Plaintiffs*