# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROADCAST MUSIC, INC ET AL.<br><br>v.<br><br>CARRIE BELL, INC. ET AL. | Case No. 1:19-cv-01517-JKB |

## ANSWER OF DEFENDANTS RANDY JONES, KAREN JONES, RENELL JONES AND RANDALL JONES WITH JURY DEMAND

Defendants Randy Jones, Karen Jones, Renell Jones and Randall Jones, by and through undersigned counsel, hereby answer Plaintiff's Complaint. In response to the numbered paragraphs and sentences of the Complaint, Defendants admit, deny, or otherwise respond as follows:

### Jurisdiction and Venue

1. Admitted.

2. Admitted.

### The Parties

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

6. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

## **Claims of Copyright Infringement**

24. The allegations contained in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

26. The allegations contained in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

29. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

31. Denied.

32. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is required, the statements of that paragraph are denied.

* * *

## Affirmative Defenses

### First Affirmative Defense – Failure to State a Claim

Plaintiff's Complaint fails to state a claim upon which relief can be granted

### Second Affirmative Defense – Fair Use

Defendant's use of the work in question, if it occurred at all, was a legally protected fair use of the allegedly infringed work.

### Third Affirmative Defense – Invalid Copyright

Plaintiff's copyrights are invalid and/or unenforceable.

### Fourth Affirmative Defense – Implied License

Plaintiff authorized, impliedly or explicitly, Defendant's allegedly infringing use of its works, and its claims are therefore barred by the doctrine of implied license.

### Fifth Affirmative Defense – Misuse of Copyright

Plaintiff's claims are barred by the doctrine of misuse of copyright.

### Sixth Affirmative Defense – Abandonment

Plaintiff's claims are barred as a result of Plaintiff's abandonment of its intellectual property.

### Seventh Affirmative Defense – Good Faith Intent

Plaintiff's claims are barred because Defendant acted in good faith and without any intent to infringe Plaintiff's work.

### Eighth Affirmative Defense – First Sale Doctrine

Plaintiff's claims are barred subject to 17 U.S.C. 109, commonly known as the first sale doctrine, and also regularly referred to as "exhaustion."

### Ninth Affirmative Defense –

### Online Copyright Infringement Liability Limitation Act

Defendant is not liable to Plaintiff pursuant to the "Online Copyright Infringement Liability Limitation Act," as set forth at 17 U.S.C 512.

### Tenth Affirmative Defense – Unclean Hands

Plaintiff should not recover any damages under the doctrine of unclean hands.

* * *

WHEREFORE, Defendant prays to the Court as follows:

A. Declare that Defendant has not infringed, in any way, Plaintiff's purported copyrights;

B. Declare that any copyrights at issue held by the Plaintiff are invalid;

C. Declare that Plaintiff granted an implied license for use of any of its works;

D. Declare that any use of Plaintiff's alleged copyrights constitutes fair use;

E. Award Defendant its costs and attorney's fees in respect to this action;

F. Award further relief as the Court deems appropriate.

* * *

### Jury Demand

Defendants hereby request trial by jury.

Respectfully submitted,

/s/Eric J. Menhart
Eric J. Menhart
Lexero Law
316 F Street NE, Suite 101
Washington, DC 20002
Phone: (855) 453-9376 x.101
Fax: (855) 453-9376

*Attorney for Defendants Randy Jones, Karen Jones, Renell Jones and Randall Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, a copy of the foregoing was served on Plaintiff's counsel via the Court's ECF system.

/s/Eric J. Menhart
Eric J. Menhart